Brittany MCCOMB; Marianna McComb; Constance J. McComb, Plaintiffs–Appellees,

v.

Gretchen CREHAN; Roy Thompson; Christopher Sefcheck; Walt Rulffes, Defendants–Appellants.

No. 07–16194.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 10, 2009.

Filed March 20, 2009.

Anand Agneshwar, Arnold & Porter LLP, New York, NY, Douglas H. Clark, Las Vegas, NV, James J. Knicely, Knicely & Associates P.C., Williamsburg, VA, for Plaintiffs–Appellees.

C.W. Hoffman, Jr., Legal Department, Joshua H. Reisman, Ballard Spahr Andrews & Ingersoll, LLP, Las Vegas, NV, for Defendants–Appellants.

Before: KOZINSKI, Chief Judge, HUG and BEA, Circuit Judges.

**MEMORANDUM***

We have jurisdiction over this appeal, *Knox v. Southwest Airlines,* 124 F.3d

by 9th Cir. R. 36–3.

1103, 1106 (9th Cir.1997), and can consider the merits of defendants' arguments, *Hydrick v. Hunter*, 500 F.3d 978, 986 (9th Cir.2007).

Defendants did not violate McComb's free speech and free exercise rights by preventing her from making a proselytizing graduation speech. *Cole v. Oroville Union High School District*, 228 F.3d 1092, 1101 (9th Cir.2000); *Lassonde v. Pleasanton Unified School District*, 320 F.3d 979, 983 (9th Cir.2003). Nor did they violate McComb's right to equal protection; they did not allow other graduation speakers to proselytize.

**REVERSED and REMANDED for dismissal of the claims that are the subject of this appeal.**

---

* The Honorable Donald E. Walter, Senior United States District Judge for the Western District of Louisiana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.